In the Matter of the Intermediate Judicial Settlement of the Account of Proceedings of ADDY CRANE and Another, as Executrices, etc., of ALEXANDER M. CRANE, Deceased, and of the Petition of Said Executrices for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Will of Said Decedent. ALEXANDER M. CRANE, JR., and Another, Appellants; ADDY CRANE, Individually and as Executrix, etc., of ALEXANDER M. CRANE, Deceased,

and Others, Respondents.— Motion for reargument, or for resettlement of order, denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.